# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2952
LT Case No. 05-2021-CA-31255

_____

GARY HARVEY and MELVIPHER
HARVEY,

    Appellants,

    v.

NORTHFIELD HOLDING CORP.
D/B/A FLORIDA WINDOW AND
DOOR,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

J. Samantha Vacciana and David Casals, of Trial Lawyers of
Florida, Fort Lauderdale, for Appellants.

Jared Quartell, of Quartell Law Firm, P.A., Jupiter, for
Appellee.

November 6, 2025

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____